# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE BIRCH,<br><br>     Plaintiff<br><br>v.<br><br>PAM DELPORTO,<br><br>     Defendant | Case No.: 3:19-cv-00640-APG-WGC<br><br>**Order Granting Motions for Injunctive Relief**<br><br>[ECF Nos. 4, 5, 6] |

Plaintiff Bruce Birch is a prisoner at Ely State Prison. He complains about events that happened while he was incarcerated at Lovelock Correctional Center. He moves for injunctive relief requiring the preservation of video at Lovelock Correctional Center on July 8, 2019 in unit 4 between 12:00 p.m. and 2:00 p.m. I grant Birch's motions and order the preservation of this video if it still exists.

I THEREFORE ORDER that plaintiff Bruce Birch's motions for injunctive relief **(ECF Nos. 4, 5, 6) are GRANTED**. By December 23, 2019, the Attorney General's Office shall advise the court whether it has located and preserved a copy of the video for this location, date, and time, and if not, why not.

I FURTHER ORDER that the clerk of the court shall electronically serve a copy of this order on the Office of the Attorney General of the State of Nevada, by adding the Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service for any defendant.

DATED this 20th day of November, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE