UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRUCE BIRCH,

                Plaintiff,

   v.

PAM DEL PORTO, *et al.*,

                Defendants.

Case No.  3:19-cv-00640-APG-WGC

**ORDER**

## I. DISCUSSION

On October 18, 2019, Plaintiff, then an inmate in the custody of the Nevada Department of Corrections ("NDOC"), initiated this prisoner civil rights action pursuant to 42 U.S.C. § 1983.  (ECF No. 1-1). On July 30, 2020, the Court issued a screening order and stayed the case for 90 days to give the parties an opportunity to settle their dispute. (ECF No. 13).  On November 20, 2020, due to an emergency rescheduling of the inmate early mediation conference set for November 17, 2020, the Court entered an order extending the 90-day stay until January 8, 2021.  (ECF No. 34).  On December 29, 2020, the Court vacated the inmate early medication conference set for January 5, 2021 because the Plaintiff was hospitalized. (ECF No. 42).  On January 12, 2021, Defendants filed a suggestion of death on the record stating that Plaintiff Bruce Birch had passed away on January 8, 2021.  (ECF No. 44).

Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1).  As such,

if there is no motion for substitution filed within ninety (90) days from the date of this order, the Court will dismiss the case.

## II. CONCLUSION

For the foregoing reasons, I HEREBY ORDER that the Court will dismiss this case in ninety (90) days from the date of this order if there is no motion for substitution filed pursuant to Federal Rule of Civil Procedure 25(a)(1).

I FURTHER ORDER the Court denies the pending motions at ECF Nos. 15, 20, 22, 23, 27, 35, 36, 37, and 39 with leave for the moving party to request reinstatement of their motions within seven days from the Court's order granting any motion to substitute the proper party.

I FURTHER ORDER that the application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

DATED:  January 14, 2021

						_____
						ANDREW P. GORDON
						UNITED STATES DISTRICT JUDGE